1    have in life, and between my -- you know, my

2    friends or parents and -- talked to me about what

3    I used to do, or I have a bedroom that kind of

4    tells all my history in life, you know, of

5    pictures, so I start to tell myself what I had.

6    And I mean even the police departments loved what

7    I was able to do too, so --

8    Q.        You've lived at the house that you live

9    in now on Ginder Road since you were in high

10   school?

11   A.        Well, I moved away from it for a while.

12   When I bought it from mom and dad's, I moved back.

13   Q.        But you're real familiar with that

14   neighborhood?

15   A.        Very, yes.

16   Q.        Have you done any motorcycle riding

17   since your accident?

18   A.        Motorcycle riding?

19   Q.        Like have you driven your FLT anywhere?

20   A.        No.

21   Q.        Have you had added any parts and

22   accessories to it since your accident?

23   A.        I have.

24   Q.        The rear taillights --

1    A.          (Showing tattoo) I did that because

2    this is off of the Carroll fireman because when

3    they found me, they had this little piece I used

4    -- they found me.  I was almost passed away with

5    the flames coming off.  And now I wear the broken

6    Harley because I bought a lot of that to wear.  I

7    know Harley doesn't like us to have them.  They

8    don't sell them anymore.  I had to go to the

9    internet to buy my broken feather to do my jackets

10   and hats and shirts.

11             And I keep this all together because

12   this was the Carroll firemen, and they knew how

13   hurt I was, and that I came out of all this, and I

14   can now wear my Harley broken feather.  And that

15   doesn't bother me to do because I've always been

16   somebody who loved Harley Davidson for a lot of

17   the years.  And I don't just put that on me for

18   the heck of it.  And I know they don't like me to

19   have it.

20   Q.          It's all right.

21   A.          Because that's all been said even at

22   the Harley Davidson dealer, they don't won't to

23   sell these broken feathers.

24   Q.          That tattoo that you've got of the

```
 1    broken feathers, is that a pattern that you go to

 2    a tattoo --

 3    A.          I showed him mine and told him that I

 4    wanted all this added, because all I had was this

 5    little -- and since it was dark like my old one, I

 6    had him put the Carroll fireman and everything to

 7    it.

 8    Q.          Jeff, do you want to take a break?

 9    A.          No.  I'm all right.

10    Q.          All right.  What other than the lens

11    covers for the rear taillights have you added to

12    the FLT?

13    A.          I just did the taillights and the

14    headlights because Harley sells that.  I mean, you

15    can buy that, or somebody did.  I can't remember

16    who it is.

17    Q.          Right.

18    A.          I bought it, and then I bought for my

19    back -- because I have a hundredth anniversary

20    seat where I have my back seat and the chrome on

21    the back -- I got a piece on that that has the

22    piece on it too.  That's just so you can carry

23    stuff in it.

24    Q.          Where did you buy the -- what
```

34

1   dealership did you buy the FLT from?

2   A.          In Plain City, but I can't tell you the

3   name of it right now.

4   Q.          In Plain City, Ohio?

5   A.          Yes.  I think it's maybe CNA

6   Harley-Davidson.

7   Q.          I can figure it out.  And did you have

8   them do the service on it or somebody else?

9   A.          Service when?

10  Q.          Like thousand mile or --

11  A.          I can't remember what I did with that.

12  It was used when I bought it.

13  Q.          Oh, okay.

14  A.          It had like four or six hundred miles

15  on it when I bought it.

16  Q.          Do you know how many miles it has on it

17  now?

18  A.          Well, it has like 4,400.

19  Q.          And you bought it from a dealer as

20  opposed to an individuals?

21  A.          Yeah.  I bought it off a Harley dealer.

22  That's the only place I could buy a hundredth

23  anniversary bike would be from a Harley dealer.

24  Q.          Can you remember having any problems

1    with how it ran for you prior to your accident?

2    A.          With how it ran?

3    Q.          Yeah.

4    A.          That wasn't the problem I had with it.

5    I had different problems.

6    Q.          What problems do you remember having

7    with that bike?

8    A.          The problem I had with that bike -- and

9    I do know the bike well because I've had Harleys

10   for a lot of years, and I bought it even knowing

11   this could maybe be a problem.  I didn't know.  I

12   know that it's a very heavy bike.  It's over 700

13   pounds.  I've backed it out of my garage and laid

14   it on the right side before.  And it will happen

15   -- and it's happened to other people.  You have to

16   be careful with it.  That bike -- and police can

17   tell you -- I mean, anybody can tell you that's

18   ridden these FLHs and FLTs, they don't always

19   stand perfect in the middle like you jumping on a

20   Sportster or something.  That was the only thing I

21   never really liked because I could back it out of

22   the garage and just lay it on -- just drop it on

23   the right.  That was the weird thing of the bike.

24   Q.          Other than -- and I know exactly what

1    you're talking about --

2    A.          And these are things that have even

3    been said by Harley Davidson.  But I always

4    trusted the ride.  And even though they said this

5    was a bike that was meant to go on long rides and

6    be protected, you know, so -- and I changed a lot

7    of those rides.  I used to not be a short rider.

8    I mean, I never just wanted it just for a short

9    ride.  I wanted to take it for a ride because I

10   was told you wanted to go for a long ride on the

11   highway and go across the country or -- it was

12   beautiful for that, you know.

13   Q.          Other than it being heavy and you

14   having the -- dropping it, did you have any

15   problems with how it operated once you were up and

16   running that you can remember?

17   A.          The only -- not really.  Just

18   sometimes, I think the activity and the way it

19   should be run.  I mean, it didn't -- it didn't

20   rotate right, or it just had a weird fit.  Just

21   once in a while, it did that.  The motor just had

22   a weird feeling.  It would never go away.  I mean,

23   it was just moving.  It was weird.

24   Q.          Sometimes when you were driving it, you

1   sensed the engine wasn't running like it should?

2   A.          It seemed to be weird things.  It could

3   be just from the start or it could be -- it's

4   usually from maybe something like that, yeah.

5   Q.          Can you remember anything about your

6   accident?

7   A.          I have no memory of the accident, and

8   the hospital will tell you that.  Everything I've

9   been asked, everything I've tried to come back on

10  to know where I would have been or what kind of a

11  night it was or what we've talked about, I have no

12  memory of it.

13  Q.          Okay.

14  A.          I didn't even know that -- after I was

15  told that the state troopers came and when they

16  came, they found me down and bleeding, no one was

17  even there.  The person that called it in, that

18  found me, left, you know, just got me checked in

19  and left.  Like I said, when I was found, I was

20  laying at that point and bleeding real bad.

21  Q.          Can you remember from before the

22  accident any times when you were riding the FLT

23  and it cut out on you?

24  A.          No.  No, I can't.  The only thing I

38

1   remember is that I came home off of 158, and I

2   would do that at night because I won't travel

3   Election House at night.

4   Q.          From your house, if I was standing in

5   the driveway looking out at the road that runs in

6   front of your house --

7   A.          Okay.

8   Q.          -- 158 would be to the left?

9   A.          Yes.

10  Q.          Down Ginder Road?

11  A.          Yes.

12  Q.          And is it your understanding that when

13  you had your wreck, you were coming from 158 on

14  Ginder Road from your house?

15  A.          I know that would be the way I took at

16  night.  I have my reasons for that.

17  Q.          Did you have -- if you wanted to just

18  take a little ride at night, would you have a

19  route that you'd ordinarily go on, sort of around

20  in the area?

21  A.          I will never travel at night on

22  Election House because -- and, again, this comes

23  as a conversation you made.  It was about deer.

24  Deer are going to cure, if they're going to cure

1  down by the airport.  At night, I will not ride

2  that way.  Coming down my road the way I did, down

3  158, coming Election House all these years, I've

4  never comes across deer.  I've never had a problem

5  with that.

6  Q.        Not on Ginder?

7  A.        On Ginder.

8  Q.        But you've seen them on Election House?

9  A.        I've seen them on Election House.  So

10 at night, I don't take that move because they've

11 just had where they built the houses and where

12 they're down from the woods or down by the fields

13 by the airport.  That's where they would be.  And

14 I never made that move.

15 Q.        Which airport are you talking about?

16 A.        It's the Lancaster airport.

17 Q.        How far is that from your house?

18 A.        About four or five miles.

19 Q.        Does your FLT have a CD player?

20 A.        Yes.  No, it doesn't have a CD player.

21 Oh, CD player?

22 Q.        Yeah, a compact disc player.

23 A.        Yeah.  It will play a tape.

24 Q.        Do you use that, or did you use that?

1    A.          I have used it.

2    Q.          Often?

3    A.          I've used it, and I've used that with

4    the help I've gotten from how I should listen to

5    it.  I was taught that by the owner of the Harley

6    Davidson dealer that I've known since I was a

7    little guy.

8    Q.          You've known the dealer?

9    A.          I've known the dealer.  And I asked him

10   what would be the safe way to listen, you know,

11   should I be riding around with earphones in or

12   stuff like that.  And he said, no, never do that.

13   If you hear it out -- I mean, he had choices.

14   There's different ways you could do it.

15   Q.          Do you have any helmets that have

16   earphones in them?

17   A.          No.  I've never listened to it up

18   inside the helmet.

19   Q.          You do own helmets, though?

20   A.          I do own -- I have a full coverage and

21   I have a half.

22   Q.          And you had those at the time of --

23   A.          And I preferred wearing the full

24   coverage.  If I need to wear one to go somewhere,

41

1   I'll wear them.

2   Q.          And you owned the full face and the

3   half helmet prior to your accident?

4   A.          Yeah.  And I don't prefer -- and I

5   don't ride the half one anymore because it doesn't

6   give me -- like if I want to listen to the music,

7   I still have the air blowing in, and I don't hear

8   the music.  And to me, that's an unsafe way of

9   riding, as opposed to having a full coverage that

10  gives you the block, and you still hear a good

11  sound and it doesn't mess you up.

12  Q.          Were you wearing a helmet when you had

13  your accident?

14  A.          No, I wasn't.

15  Q.          Do you know why?

16  A.          That's my choice.  And Harley Davidson

17  hates that.  I've heard a lot of comments made by

18  Harley Davidson about Ohio not wearing the helmet.

19  Q.          Does Ohio have a helmet law?

20  A.          No, but I've heard coming from Harley

21  Davidson that they wanted Ohio to start wearing

22  helmets.  But that's not our problem.  We've

23  chosen not to wear them.  I wear them when I think

24  I should.  If it were raining, I would wear one.

42

1   You know, it just depends on what I choose to do

2   there.  And that's the right I have right now.

3   Q.          Okay.

4   A.          I mean, when I raced motorcycles, I

5   always wore the perfect racing stuff.  My shields,

6   my helmet, my gloves, my boots.  I was a heck of a

7   dressed guy to race in the woods a hundred miles a

8   days, you know.  And we always did it the right

9   way.

10  Q.          Did you, as a matter of course,

11  generally wear a protective clothing other than a

12  helmet when you rode your FLT, like a leather

13  jacket or --

14  A.          Yeah.  I have leather jackets.  I have

15  pants.  I have boots.  I have all that kind of

16  stuff to wear.

17  Q.          Do you know or has anybody told you

18  what you were wearing when you had your accident?

19  A.          No.  I have no idea.

20  Q.          Okay.

21  A.          I know my boots because they cut them

22  off of me, and I still have them in my house.

23  Q.          But in terms of pants --

24  A.          I don't know what I was wearing.  They

1      told me.  I don't remember that.

2      Q.          Okay.  From the time that you were

3      riding big Harleys like the FLHs you had or the

4      FLT, do you have a preference about which brake

5      you use more often?

6      A.          Which what?

7      Q.          Brake.  The rear, front, both.

8      A.          It depends on what I'm doing and why I

9      need to use them.

10     Q.          Some people have a preference, others

11     use them both all the time?

12     A.          There are times when I would have to

13     use them both, and there are times when I only use

14     the rear.

15     Q.          Tell me about these.

16     A.          Well, I mean, if I was having to make a

17     really severe immediate stop, I may use both

18     brakes to pull myself directly down.

19     Q.          Okay.

20     A.          But there are times when I don't feel

21     that I need to use a front brake, I only need to

22     use a rear brake.  And there are other times when

23     I use just a little bit of brake, you know.

24     That's what upset me when you mentioned your

44

1    feeling on deer.  If I see deer, a lot of times it

2    doesn't mean that I'm going to have a 120-foot

3    skid.  That's not how I'm going to handle a deer.

4    I've never done it.  I've had a lot of years in

5    riding and know that's not how I would deal with

6    it.  I wouldn't put myself down on the road to

7    keep from hitting it.  I would just watch them.

8    Q.        Let me just -- and we'll get to that.

9    When I was asking you about braking, what I

10   understand is that if you felt you had to make a

11   severe or immediate stop, you might use both

12   brakes; but if you didn't have to stop real

13   quickly, you would use the rear brake.  Is that

14   fair?

15   A.        It depends.  I mean, it just depends on

16   the situation.  I can't tell you -- if I didn't

17   think it was severe, I wouldn't -- if something

18   not severe, I'm not going to use both brakes.

19   Q.        I mean, if you were only going to use

20   one brake, would it be the front or the rear?

21   A.        It would probably be the rear if it's

22   something that was happening.  If I was having a

23   problem with the way the bike was running, if

24   something weird was happening.  I don't know why.

1   If I was trying to kick it started, if I was

2   trying to run the engine, you know, where I was

3   doing the clutch and things, if I was just

4   messing, trying to make it happen.  I don't -- and

5   I can't tell you that because I don't know what

6   happened then.

7   Q.        Well, I understand, and --

8   A.        I just know in life that I would use a

9   -- if I was having problems running, I would try

10  to use my clutch and things like that and try to

11  kick it.  I just know these things.

12  Q.        The FLT you have doesn't have a kick

13  starter on it, doesn't it?

14  A.        No.

15  Q.        Has anybody shown you where on Ginder

16  Road you were found?

17  A.        Yes.

18  Q.        Do you kind of know where that is?

19  A.        Yes.

20  Q.        Do you know who found you?

21  A.        No.  Never found out.

22  Q.        Were you --

23  A.        All I know is when I was found, when

24  the State trooper and the Carroll firemen came,

46

1    there was nobody there, and I was hurt then.

2    Q.          Where you were found was just below the

3    crest of a small hill.  Does that sound right?

4    A.          There's -- when you're on the top of

5    the hill, you can see all the way to the top of

6    the next hill.  You've been there.  So you're

7    coming down on the hill and you cross a little

8    bridge, so it's flat, and it starts back up again.

9    Q.          Right.

10   A.          You know both of the areas.  I've

11   always known the areas.  I know they're smooth on

12   one side.  I know that anything can happen.

13   Q.          When you go up that -- you go down a

14   hill and you cross the bridge, and then you go up

15   the other hill.  You were found sort of up near

16   the top of the hill that you go up after you cross

17   the bridge?

18   A.          I can't tell you for sure.  I don't

19   know the answer to that.

20   Q.          Has someone showed you where you were

21   found?

22   A.          They just told me it happened down

23   there.  I've never seen, somebody take me out and

24   show me exactly where you start and where you

1    ended or how you ended it.

2    Q.          Well, let's just talk about that part

3    of the road based on your knowing about it for all

4    the years that you've lived there.  Okay?  Would

5    you agree with me that if you were driving at

6    night, you wouldn't on purpose stop your

7    motorcycle in the dark just below the crest of

8    that hill because you could get hit by an oncoming

9    car that came over the hill?

10   A.          I wouldn't have a fear of that.

11   Q.          You wouldn't worry about a car coming

12   up over the hill and hitting you?

13   A.          No.

14   Q.          Why not?

15   A.          Because at the time -- first of all,

16   where I was located, I was up high.  I would have

17   heard or seen light from a car coming from that

18   direction.  You would know somebody is coming and

19   putting the light up in that area.  If they were

20   to come down and hit that top area, you have

21   plenty of time to get slowed down and stopped as

22   you're coming down --

23   Q.          No.  I was -- maybe I wasn't real

24   clear, but let me just ask you to assume or

1    pretend with me that you're driving along at night

2    toward your house on Ginder Road from 158 --

3    A.         Right.

4    Q.         -- and you come down that hill, and you

5    cross the bridge, and then you start up the hill

6    where your accident happened.

7    A.         Uh-huh.

8    Q.         If you're going up that hill, would you

9    have -- would you think it would make sense to

10   stop on purpose in the middle or left side of the

11   road just below the crest of the hill in the dark

12   and just sit there?

13   A.         If something happened to the bike, and

14   I had to bring it down and get it going up the

15   hill, if that's -- the move I was trying to make,

16   I don't remember.  I don't know why I did this.

17   Q.         Mr. Bowen, I'm not asking you about the

18   accident.  I'm not asking you what happened that

19   night.  I'm just asking in general, not about July

20   1stnd of 2004, but just generally speaking, would

21   you think it would be a smart thing to stop under

22   the crest of that hill in the dark or not?

23   A.         Down below, yes, if I had to stop and

24   start a stop.  I can't confirm the length it's

1    going to take.  At the bottom if I needed to stop

2    or if I did it for a reason, it could have

3    stretched out.  I have no control of that.  I

4    don't know what put me through that.  That's in

5    the middle.  If I started to put a brake on, and

6    for some reason, I got tricked into -- I had to

7    stay on it or keep on it, because I was thinking

8    of what to do on that, it could have happened to

9    me.  I don't know.  I have no answer for this.

10                   I'm just saying that when you're on top

11   of that hill and you're at the bottom of this

12   hill, you still have enough time to take care of

13   -- let's say a car came over the hill or you saw

14   the deer -- any time I've seen deer, I never skid.

15   I slow down and make a stop.  Deer don't move like

16   that, you know.

17   Q.          Okay.  What is the speed limit on

18   Ginder Road?

19   A.          I can't remember what it is.  That's a

20   fuzzy one.

21   Q.          Well, ordinarily, if you were riding

22   and there wasn't traffic, what's the speed that

23   you would ordinarily drive --

24   A.          Probably 45 or so, I like to.  I don't

1    fly up and down our roads.

2    Q.         There are houses sort of -- well, not

3    real close together, but there's houses on both

4    sides, aren't there?

5    A.         Yes.

6    Q.         Do you have stock pipes on the FLT?

7    A.         I have screaming eagles.  Those are

8    Harley pipes.

9    Q.         Right.  So they're a little louder than

10   stocks, but not real, real loud?

11   A.         No.  They're fine.

12   Q.         How far is it from your house to

13   Lancaster?

14            MR. ALTON:  To downtown Lancaster?

15            MR. KIRCHER:  Just to the outskirts of

16   Lancaster.  Lancaster is a big area.

17            MR. ALTON:  Right.  It's pretty big.

18   Q.         But if you wanted to just go from your

19   house to like the outskirts of Lancaster, how far

20   would that be?

21   A.         Five.

22   Q.         If you were riding on Ginder Road down

23   that hill across the bridge and up back to your

24   house at like 45 miles an hour on your road glide,

1    your FLT, what gear would you be in generally?

2    A.          You could be in different gears.  I

3    mean, I would like to think that I was -- I don't

4    know.  I mean, I would like to think that I was

5    doing a normal gear.

6    Q.          Well, I mean, what would a normal -- I

7    mean, you can -- I can tell you from my riding

8    experience, if I want to be real noisy, I can ride

9    in a real low gear and high RPM, or if I wanted to

10   be real quiet, I could --

11   A.          I mean, I'm saying I was probably in

12   fourth gear, which would be normal.

13   Q.          Right.  Because that's not too noisy?

14   A.          No.  And I don't do that when it's late

15   at night or dark.  And the other thing I'm

16   thinking about this whole night, believe it or

17   not, things have to be made to understand is I

18   bought this Harley July 2, 2003.  Right after

19   midnight, July 2nd, 2004, I went down.  The thing

20   to remember, which is wild, is when I bought my

21   bike back in 2003, I put a ghost PT tag on my PT

22   Cruiser.  You know, these things all went

23   together.  So riding at night, I'm not thinking

24   about going out and being a stupid rider.  You

1     know, I ride it at a good speed, I'm watching, and

2     being careful.

3     Q.          The -- on your FLT, did you do any like

4     stage one or stage two kit --

5     A.          No.  That's stock.

6     Q.          So that's the same stock air cleaner?

7     A.          Yes.  All I did was put hundredth

8     anniversary pins on it to make it look nice.

9     Q.          But in terms of picking up the

10    performance of the engine, you haven't done

11    anything to that?

12    A.          I haven't done anything to it.  That's

13    stock.

14                MR. KIRCHER:  Okay.  I need to take a

15    bathroom break.

16                (A short recess is taken.)

17    Q.          Riding on Ginder Road from 158 to your

18    house, how far is that from 158 to your home?

19    A.          Four miles.  I don't know.

20    Q.          Some small number of miles?

21    A.          (Indicates affirmatively.)

22    Q.          If you were riding from 158 to your

23    house on your FLT in fourth gear, would you need

24    to -- as you go down the hill and across the

53

1   bridge and up the other side, would you need to

2   down shift to make it up the hill?

3   A.          Probably not.  I don't -- I don't know.

4   I can't remember that.  I don't know where I was

5   on --

6   Q.          And, again, I'm not -- it's kind of

7   hard to separate this out because I know you don't

8   have a recollection of that night because of the

9   injury you suffered.  So I'm more asking about

10  based on the experiences you had riding that bike

11  before you got hurt, as opposed to what

12  happened --

13  A.          That's the problem because I don't have

14  a lot of memory of what I used to do.  I've ridden

15  a lot, and I've ridden a lot of places.  You know,

16  when you've had the experience of riding a Harley

17  from San Diego to the bottom of Baja, Mexico and

18  doing a lot of riding, you're a guy who's been a

19  lot of places.

20  Q.          In your experience -- like the Harley

21  big twins have a lot of torque.  They may not rev

22  real high, but you can pull tree stumps up with

23  them, right?

24  A.          I suppose.

54

1    Q.          Have you given any thought as to

2    whether you're going to take up riding again?

3    A.          I don't think I'm going to.  I've done

4    it for 35 years.  And I was really heavy on Harley

5    Davidsons for a lot of years, and I loved Harley

6    Davidson.

7    Q.          Have you or your father tried to find

8    out who it was that found you?

9    A.          We haven't done that.  I don't know who

10   it was.

11              MR. KIRCHER:  Off the record.

12              (A discussion is held off the record.)

13   Q.          I understand that since your accident,

14   you haven't been able to go back to work at

15   Columbia Gas?

16   A.          No, because I had a big job there.  My

17   hospital -- my doctor says I'm not going to be

18   able to handle that type of job anymore.

19   Q.          Have you met with anybody to talk about

20   what kind of job you might be able to handle at

21   this point?

22   A.          Nobody yet.  I'm disabled and on Social

23   Security at this point.  Because I had a job that

24   I made a lot of money, and I'm not up there

1   anymore.  I don't know if I'm going to be able to

2   get there anymore.

3   Q.          If you could go back to some kind of

4   job, maybe not the one you had, would you like to

5   at some point?

6   A.          I don't know.  I don't know what it's

7   going to do to me, what kind of mood -- I don't

8   know where it would be, and I just don't enough

9   about it.

10  Q.          Is that something you're going to

11  consider?

12  A.          I can retire if I want.

13  Q.          From Columbia Gas?

14  A.          Yes.

15  Q.          And get like a pension or something?

16  A.          Yeah.  I can do that at any time now

17  until I'm old.  It just depends on what I want to

18  do.

19  Q.          Do you have anybody that comes in and

20  helps you now during the day or around the house

21  to take care of things, take care of yourself?

22  A.          My son is there if I need any help.

23  Q.          Okay.  Otherwise you don't need to have

24  a nurse or anything come in and help --

56

1    A.         No, I don't ask for that help.

2    Q.         Do you take care of the house, cut the

3    grass yourself?

4    A.         I do.

5    Q.         Okay.

6    A.         I've just -- because it's things that

7    I've worked on to see what I have the knowledge of

8    or the strength in my body.

9    Q.         What sort of things have you been able

10   to get back to doing?

11   A.         It's physical work, cutting your trees,

12   and mowing your grass, and shutting your pool, not

13   knowing what parts you need, but when you look at

14   them, you know which ones to use.  I just don't

15   remember what the names -- I have real bad memory

16   of things.

17   Q.         But you've gotten back to doing some

18   work around the house, physical?

19   A.         Yeah, because I'm doing Trevor's -- I

20   made his bedroom upstairs and two rooms

21   downstairs, and I just did things to get me more

22   active and give my strength back again.

23   Q.         Does Trevor live at college, or does he

24   live with you?

57

1    A.          No.  He lives with me.  I want to make

2    that good for him so he doesn't have to pay rent

3    and live like that.

4    Q.          Okay.

5                MR. KIRCHER:  John, is the Bureau of

6    Vocational Rehabilitation going to set something

7    up with Jeff; do you know?

8                MR. ALTON:  I don't know.

9                MR. KIRCHER:  It was mentioned in the

10   doctor's -- Dr. Cook's --

11               MR. ALTON:  Was it mentioned in there?

12               MR. KIRCHER:  Yeah.

13               MR. ALTON:  I don't know.  I haven't

14   had any contact with them, so I'll have to check

15   that out.

16               MR. KIRCHER:  Okay.  Because I'm

17   thinking that maybe something that down the road

18   if he sees them and they, you know, offer some

19   alternatives, we might want to reinquire, but,

20   obviously, it's a down-the-road kind of thing.

21               MR. ALTON:  Yeah.  I mean, if you need

22   to reinquire about anything, that's fine with me.

23   I sent him to a vocational rehab guy to be

24   evaluated, but I don't have a report from him yet.

58

1    But he was waiting on the neuropsychological

2    testing from Dr. Cook, and as you know, we just

3    received that in the last seven days.  So I sent a

4    copy of it on to Dr. Lou and asked him to evaluate

5    it, but he hasn't gotten back to me.

6              MR. KIRCHER:  Okay.

7              MR. ALTON:  He's not affiliated -- he's

8    a private vocational rehab guy.  He's not

9    affiliated with BVR.

10             MR. KIRCHER:  Okay.

11             MR. ALTON:  I use him to evaluate

12   whether any of my clients have the ability to

13   return to work and, if so, in what capacity.

14   Q.        All right.  Well, I think for now,

15   that's all the questions I have for you, Jeff.  I

16   may have some for your dad.

17   A.        Okay.

18   Q.        But for right now, that's all the

19   questions I can think of.

20             Do you have any, John?

21             MR. ALTON:  No.

22   Q.        Thank you for being so patient.

23             MR. KIRCHER:  And do you have read and

24   sign here?

59

1              MR. ALTON:  Well, you're the federal

2    court guy.  I'm not.  But we have read and sign

3    here, as far as -- and I don't know what the

4    Federal court rules say --

5              MR. KIRCHER:  It's the same --

6              MR. ALTON:  Well, we definitely have

7    read and sign.  And what the usual deal is, under

8    the rule, you only have seven days to read and

9    sign.  But what we usually do is stipulate to 28

10   or 30 days to read and sign.

11             MR. KIRCHER:  Why don't we stipulate to

12   30 days after you receive the transcript to read

13   and sign.

14             MR. ALTON:  All right.  That's fine.

15   And he'll read.

16                   - - - - -

17        Thereupon, the foregoing proceedings

18        concluded at 10:11 a.m.

19                   - - - - -

20

21

22

23

24

1   State of Ohio      :         C E R T I F I C A T E

2   County of Franklin: SS

3        I, Rebecca Williams, a Notary Public in and for

4   the State of Ohio, do hereby certify the within

5   named JEFFREY BOWEN was by me first duly sworn to

6   testify to the whole truth in the cause aforesaid;

7   testimony then given was by me reduced to stenotypy

8   in the presence of said witness, afterwards

9   transcribed by me; the foregoing is a true record

10  of the testimony so given; and this deposition was

11  taken at the time and place as specified on the

12  title page.

13       I do further certify I am not a relative,

14  employee or attorney of any of the parties hereto,

15  and further I am not a relative or employee of any

16  attorney or counsel employed by the parties hereto,

17  or financially interested in the action.

18       IN WITNESS WHEREOF, I have hereunto set my hand

19  and affixed my seal of office at Columbus, Ohio, on

20  October 7, 2005.

21  _____

22  Rebecca Williams, Notary Public - State of Ohio

23  My commission expires April 5, 2006.

24

## Witness Errata and Signature Sheet

Spectrum Reporting LLC
333 East Stewart Avenue
Columbus, Ohio 43206
Phone - 614-444-1000   Fax - 614-444-3340
Email - admin@spectrumreporting.com        Ref: RW8581JB

**Correction or Change Reason Code**
1 - Misspelling  2 - Word Omitted
3 - Wrong Word   4 - Clarification
5 - Other Correction (Please explain)

Sheet _____ of _____

**Page/Line**        **Correction, Addition, or Change**        **Reason Code**

        I, JEFFREY BOWEN, have read the entire transcript of my deposition taken in this matter, or the same has been read to me.  I request that the changes noted on my errata sheet(s) be entered into the record for the reasons indicated.

Date _____  Signature _____

        The witness has failed to sign his deposition within the time allowed.

Date _____  Signature _____

Jeffrey Bowen                                                                October 3, 2005

61

Witness Errata and Signature Sheet
Spectrum Reporting LLC                          Correction or Change Reason
Code
    333 East Stewart Avenue                     1 - Misspelling  2 - Word
Omitted
    Columbus, Ohio 43206                        3 - Wrong Word   4 -
Clarification
    Phone - 614-444-1000   Fax - 614-444-3340   5 - Other Correction (Please
explain)
    Email - admin@spectrumreporting.com    R        Sheet ____ of
____
    Page/Line    Correction, Addition, or Change    Reason Code

   12/17    CHANGE 1984 → 1982          ____

   18/3     ADD 1970 BMW R75            ____
            ξ SIDECAR                   ____
            ADD 1975 BMW R75            ____
            ADD 2002 H-D                ____
            S PORSTER 883 R             ____

   24/8     I CAN'T TELL YOU            ____
            WHAT YEAR. I WAS            ____
            MARRIED UNTILL              ____
            FALL OF 2004                ____

   53/3     I DON'T KNOW, I    # 4
            CAN'T REMEMBER
            THAT REASON.
            I, JEFFREY BOWEN, have read the entire transcript of my deposition taken in
this matter.
            or the same has been read to me.  I request that the changes noted on my errata
sheet(s) be
            entered into the record for the reasons indicated.
            Date  10-22-05   Signature

            The witness has failed to sign his deposition within the time allowed.
            Date _____  Signature_____

614-444-1000